**JACKSON LEWIS P.C.**
Angela Quiles Nevarez (PA #321375)
Malcolm J. Ingram (PA #323201)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
angela.nevarez@jacksonlewis.com
malcolm.ingram@jacksonlewis.com
ATTORNEYS FOR DEFENDANT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIAH MORRIS,<br><br>             Plaintiff,<br><br>  v.<br><br>BUCKINGHAM PLACE SNF, LLC<br><br>             Defendant. | **CIVIL ACTION NO.: 19-CV-02726-JS** |

### NOTICE OF DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND EXTEND THE TIME TO ANSWER PLAINTIFF'S TITLE VII RETALIATION CLAIM

Defendant Buckingham Place SNF, LLC ("Defendant"), respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for entry of an order dismissing Plaintiff's claims against Defendant. The law supporting this motion is fully set forth in the accompanying Memorandum of Law.

A proposed order is also submitted herewith.

                                              Respectfully submitted,

                                              **JACKSON LEWIS P.C.**

                                              */s/ Angela Quiles Nevarez*
Angela Quiles Nevarez (PA #321375)
Malcolm J. Ingram (PA #323201)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 399-2249
angela.nevarez@jacksonlewis.com
malcolm.ingram@jacksonlewis.com
**ATTORNEYS FOR DEFENDANT**

DATED: September 23, 2019

4820-1154-4487, v. 1